MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JENNIFER GASPAR (CABN 266726)
Special Assistant United States Attorney
 1301 Clay Street, Suite 340S
 Oakland, CA 94612
 Telephone: (510) 637-3680
 Fax: (510) 637-3724
 E-Mail: jennifer.gaspar@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0480 SBA |
| Plaintiff, ) | NOTICE OF DISMISSAL AND ORDER |
| v. ) | |
| ALFREDO COBIAN, JR., ) | |
| Defendant. ) | |

Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Melinda Haag, United States Attorney, and Jennifer Gaspar, Special Assistant United States Attorney, respectfully requests, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, that the Court dismiss the indictment in the above-entitled case.

On January 2, 2010, the defendant, Alfredo Cobian, Jr., was arrested and charged in a complaint with three felony counts of California Penal Code Section 245(a)(1), assault with a deadly weapon, and one felony count of California Penal Code Section 186.22(a), criminal street gang enhancement. On February 2, 2010, count one of the complaint was reduced to a misdemeanor and the remaining charges were dismissed. The defendant pleaded guilty to the single misdemeanor violation of section 245(a)(1). The conviction was incorrectly noted as a

NOTICE OF DISMISSAL
11-00480 SBA

felony on the defendant's criminal history documents. The government asks this Court to dismiss the Indictment because the defendant has not been previously convicted of a felony.

DATED: December 13, 2011

Respectfully submitted,

MELINDA HAAG
United States Attorney


/s/
JENNIFER GASPAR
Special Assistant United States Attorney

**ORDER**

For the reasons provided by the United States above, this Court hereby orders United States v. Cobian to be dismissed.

IT IS SO ORDERED.

DATED: 12/14/11

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Court Judge

NOTICE OF DISMISSAL
CR 11-0480 SBA